**1** BENJAMIN B. WAGNER
United States Attorney
**2** LAUREL J. MONTOYA
Assistant United States Attorney
**3** 2500 Tulare Street, Suite 4401
Telephone: (559) 497-4000
**4**

**5**

**6**

**7**

**8** IN THE UNITED STATES DISTRICT COURT

**9** EASTERN DISTRICT OF CALIFORNIA

**10**

**11** UNITED STATES OF AMERICA, ) 1:12-CR-00148-LJO-SKO
)
**12** Plaintiff, ) FINAL ORDER OF FORFEITURE
)
**13** v. )
)
**14** ARMANDO MURILLO-ROMERO, )
)
**15** Defendant. )
)
**16** )

**17** WHEREAS, on September 25, 2012, the Court entered a Preliminary

**18** Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §

**19** 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement

**20** entered into between plaintiff and defendant Armando Murillo-Romero,

**21** in the following property:

**22** a. Winchester Model 94 30-30 rifle,

**23** b. All ammunition seized in this case.

**24** AND WHEREAS, beginning on September 30, 2012, for at least 30

**25** consecutive days, the United States published notice of the Court's

**26** Order of Forfeiture on the official internet government forfeiture

**27** site www.forfeiture.gov. Said published notice advised all third

**28** parties of their right to petition the Court within sixty (60) days

Final Order of Forfeiture

1

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Armando Murillo-Romero.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.
United States District Judge

IT IS SO ORDERED.

Dated: **January 5, 2013**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture

2